United States District Court
Southern District of Texas
**ENTERED**
March 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF TEXAS, Plaintiffs, | § § § § § § | CIVIL ACTION NO 4:22-cv-01279 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| CITY OF BAYTOWN, TEXAS, Defendant. | § § § | |

## ORDER

The joint report by the parties on the progress of settlement negotiations has been reviewed. Dkt 27.

The parties are ORDERED to file another status report by September 30, 2023.

This case remains STAYED and ADMINISTRATIVELY CLOSED.

SO ORDERED.

Signed on March 22, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge