United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF TEXAS, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:22-cv-01279 |
| BAYOU CITY WATERKEEPER | § § | |
| Plaintiff - Intervenor | § § | JUDGE CHARLES ESKRIDGE |
| v. | § § § | |
| CITY OF BAYTOWN, TEXAS, | § § § | |
| Defendant. | § § | |

### ORDER ON STAY

Having considered the Joint Report on the Progress of Settlement negotiations filed by the Parties on September 25, 2023, the Court finds cause to extend the stay of this action through March 30, 2024. The Parties will report to the Court on the status of negotiations no later than March 30, 2024.

Signed this 28th day of September, 2023.

_____
Hon. Charles Eskridge
United States District Judge